IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

RICHARD SHAW,

        Plaintiff,

1:14-cv-00469-CL

v.

**ORDER**

ACTION FINANCIAL SERVICES, LLC,

        Defendant.

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#18), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#18). Defendant's Motion to Dismiss Plaintiff's claim for common law wrongful discharge is GRANTED.

IT IS SO ORDERED.

DATED this 5 day of September, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER