IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

RICHARD SHAW,

        Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

        Defendant.

Civ. No. 1:14-cv-00469-CL

**ORDER**

CLARKE, Magistrate Judge.

On September 15, 2014, the Court ordered Plaintiff Richard Shaw ("Plaintiff") to show cause in writing by September 29, 2014, why this action should not be dismissed for failure to prosecute. To date, Plaintiff has failed to make any filing with the Court. Therefore, it is ordered that this matter is dismissed for failure to prosecute and failure to comply with a court order. The Clerk shall enter judgment.

ORDERED and DATED this ___ day of October, 2014.

MARK D. CLARKE
United States Magistrate Judge

Page 1 – ORDER